STATE of Missouri, Respondent,

v.

Joe A. HOWARD, Appellant.

No. WD 63617.

Missouri Court of Appeals, Western District.

Feb. 15, 2005.

Bert M. Godding, St. Joseph, MO, for appellant.

Laura Beth Donaldson, St. Joseph, MO, for respondent.

Before RONALD R. HOLLIGER, Presiding Judge, PAUL M. SPINDEN, Judge and JOSEPH M. ELLIS, Judge.

## *ORDER*

PER CURIAM.

Joe Howard appeals from his conviction by jury of one count of stalking, § 565.225.2, RSMo 2000. Howard was sentenced to a term of one year in the Buchanan County Jail and fined $500. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).